UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>GLEN RAY BRIGGS,<br><br>               Defendant. | NO. CR-07-2063-LRS-1<br>NO. CR-07-2065-LRS<br>NO. CR-07-2066-LRS-2<br>NO. CR-07-2114-LRS-1<br><br>**ORDER RE EXTENSION OF TIME AND APPOINTMENT OF COUNSEL** |

**BEFORE THE COURT**, is Defendant Briggs' request, in the form of a letter[1] to the Court, for an extension to file his 28 U.S.C. §2255 petition and reconsideration of the order denying as moot the request for appointment of counsel. Mr. Briggs requests an extension of 3 - 6 months to file his petition[2] based on extended lock downs resulting in difficulties accessing the law library. The Court finds good cause

---

[1] The Court construes Defendant's letters as motions for an extension of time and appointment of counsel, which motions were not properly expedited nor noted under the Local Rules.

[2] The Mandate, affirming this Court's decision, was filed on November 9, 2012.

ORDER - 1

exists to grant an extension of 30 days. The Court will be reluctant, however, to grant any further extensions.

Accordingly,

**IT IS HEREBY ORDERED**:

1. Defendant Glen Ray Briggs' motions for reconsideration of an extension of time and appointment of counsel, **ECF Nos. 507, 211, 334, 417** filed February 11, 2014 in NO. CR-07-2063-LRS-1, NO. CR-07-2065-LRS, NO. CR-07-2066-LRS-2, and NO. CR-07-2114-LRS-1 respectively, are **GRANTED in part and DENIED in part**. Mr. Briggs shall have until **April 10, 2014** to file his 28 U.S.C. §2255 petition(s). The request for appointment of counsel is, again, denied. Generally, there is no constitutional right to counsel in a civil case. *United States v. $292,888.04*, 54 F.3d 564, 569 (9th Cir.1995). It does not appear exceptional circumstances exist or that Mr. Briggs has any difficulty in articulating his claims.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and the Defendant who is appearing *pro se.*

**DATED** this 24th day of February, 2014.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2