PROB 12C
(6/16)

Report Date: March 6, 2026

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 09, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Glen Ray Briggs                    Case Number: 0980 2:07CR02063-LRS-1

Address of Offender: ███████████████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior United States District Judge

Date of Original Sentence: March 6, 2009

| | |
|---|---|
| Original Offense: | Count 1:  Conspiracy to Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846; Count 2: Conspiracy to Possess a Firearm in Furtherance of a Drug Trafficking Crime, 21 U.S.C.§ 924(o) |

Original Sentence:     Prison - 324 months          Type of Supervision: Supervised Release
                       TSR - 60 months

Re-sentencing:         Prison - 240 months
(12/13/2011)           TSR - 60 months

Sentence Reduction:    Prison - 225 months
(06/01/2016)           TSR - 60 months

Asst. U.S. Attorney:   U.S. Attorney's Office        Date Supervision Commenced: August 17, 2023

Defense Attorney:      Molly Marie Winston           Date Supervision Expires: August 16, 2028

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on February 19, 2026.

On August 18, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #5:** The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.<br><br>**Supporting Evidence:** The offender is alleged to have violated standard condition number 5, by failing to work regularly at a lawful occupation.<br><br>The offender is currently unemployed and he has failed to maintain regular lawful employment. |

**Prob12C**

**Re: Briggs, Glen Ray**
**March 6, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court  incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Executed on:    March 6, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[✓]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[✓]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

March 9, 2026

Date