PROB 12C
(6/16)

Report Date: March 17, 2026

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2026

SEAN F. McAVOY, CLERK

ECF No. 607

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Glen Ray Briggs    Case Number: 0980 2:07CR02063-LRS-1

Address of Offender: ███████████████████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior United States District Judge

Date of Original Sentence: March 6, 2009

| | |
|---|---|
| Original Offense: | Count 1:  Conspiracy to Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846; Count 2: Conspiracy to Possess a Firearm in Furtherance of a Drug Trafficking Crime, 21 U.S.C.§ 924(o) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 324 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Re-sentencing:<br>(12/13/2011) | Prison - 240 months<br>TSR - 60 months | |
| Sentence Reduction:<br>(06/01/2016) | Prison - 225 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Jeremy James Kelley | Date Supervision Commenced: August 17, 2023 |
| Defense Attorney: | Katie Elizabeth Kitchen | Date Supervision Expires: August 16, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on February 19 and March 6, 2026.

On August 18, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition #3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence:** The offender is alleged to have violated standard condition number 3, by failing to follow the instructions of the probation officer on or about March 9, 2026.<br><br>On March 9, 2026, the probation officer met with the offender following his initial appearance before the Court, at which time he was ordered to complete 20 hours of community service per week while unemployed.  The probation officer provided him with |

**Prob12C**
**Re: Briggs, Glen Ray**
**March 17, 2026**
**Page 2**

a list of community service locations and he was instructed to contact a community service location of his choice to set up his community service hours to begin the following week. He was further instructed to report to the U.S. Probation Office on March 11, 2026, to provide this information to the undersigned.

On March 11, 2026, Mr. Briggs reported for his scheduled appointment with this officer. At that time, he advised the probation officer that he "lost the paper" that was provided to him with the community service locations. As such, he had not contacted any of the community service providers to set up his community service hours despite being instructed to do so by the probation officer.

7    **Standard Condition #3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 3, by failing to follow the instructions of the probation officer on or about March 11, 2026.

On March 11, 2026, Mr. Briggs was provided with a list of community service locations for the second time. He was again instructed to contact a community service provider of his choice to set up community service to begin the following week. He was also instructed to contact the probation officer via telephone by close of business on March 11, 2026, to advise where he set up his community service hours.

Mr. Briggs failed to contact the probation officer via telephone by close of business on March 11, 2026, as instructed.

8    **Special Condition #18:** You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** The offender is alleged to have violated special condition number 18, by consuming alcohol on or about March 16, 2026.

On March 16, 2026, Mr. Briggs submitted a urine specimen at Pioneer Human Services (PHS) that was presumptive positive for alcohol. He signed a denial form, but later admitted to alcohol use during a discussion with his substance abuse clinician.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

|  |  |
|---|---|
| Executed on: | March 17, 2026 |
|  | s/Lori Cross |
|  | Lori Cross<br>U.S. Probation Officer |

Prob12C
**Re: Briggs, Glen Ray**
**March 17, 2026**
**Page 3**


THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the
      case.
[✓]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

March 17, 2026
_____
 Date